IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

**Plaintiff,**

v.

**DAMEON J. FLOORE**

**Defendant.**                                                          No. 09-30191-DRH

### ORDER

**HERNDON, Chief Judge**:

Now before the Court is Defendant's motion to continue trial (Doc. 22). Defendant states that the parties believe that this matter will be resolved by a plea and that he needs additional time to conduct plea negotiations. The Court being fully advised in the premises finds that Floore needs additional time to conduct plea negotiations. The Court finds that pursuant to **18 U.S.C. § 3161(h)(7)(A)**, the ends of justice served by the granting of such continuance outweigh the best interests of the public and Defendant in a speedy trial. The Court also finds that to deny a continuance of the matter would result in a miscarriage of justice. Further, forcing the parties to trial on a case that appears to have great potential to resolve amicably would be a great miscarriage of justice.

Therefore, the Court **GRANTS** Defendant's motion to continue trial (Doc. 18). The Court **CONTINUES** the jury trial scheduled for Monday, February 22,

2010 to **April 12, 2010 at 9:00 a.m.**  The time from the date the original motion was filed, February 12, 2010, until the date to which the trial is rescheduled, April 12, 2010, is excludable time for the purposes of speedy trial.  Should either party believe that a witness will be required to travel on the Justice Prisoner and Alien Transportation System (JPATS) in order to testify at the trial of this case, a writ should be requested at least two months in advance.

**IT IS SO ORDERED.**

Signed this 16th day of February, 2010.

/s/  David R Herndon
**Chief Judge
United States District Court**